# **EXHIBIT 1**



## District Court of Washington, County of Asotin

| | |
|---|---|
| Geoff Stevens<br>Petitioner<br><br>vs.<br><br>Heather Lee<br>Respondent | **No.** DV 22-49<br>**Denial Order**<br>[ ] Domestic Violence<br>[ ] Sexual Assault         [X] Harassment<br>[ ] Stalking               [ ] Vulnerable Adult<br>ORDMTP<br>[ ] Clerk's Action Required: 4, 5, 6<br>Next Hearing Date/Time:_____<br>At:_____<br>See How to Attend at the end of this order. |

## Denial Order

1.    This Matter is before the court upon the request of (*name*) Geoff Stevens, for a:

      [X] Temporary Order    [ ] Full Order      [ ] Renewal Order

      [ ] Modification Order    [ ] Termination Order

2.    **Hearing.**

      [X] The court denies this temporary order without a hearing. (Complete the findings section below.)

      [ ] The court held a hearing before issuing this denial order. These people attended:

| | |
|---|---|
| [ ] Protected Person | [ ] in person  [ ] by phone  [ ] by video |
| [ ] Protected Person's Lawyer | [ ] in person  [ ] by phone  [ ] by video |
| [ ] Petitioner (*if not the protected person*) | [ ] in person  [ ] by phone  [ ] by video |
| [ ] Restrained Person | [ ] in person  [ ] by phone  [ ] by video |
| [ ] Restrained Person's Lawyer | [ ] in person  [ ] by phone  [ ] by video |
| [ ] Other:_____ | [ ] in person  [ ] by phone  [ ] by video |

3.    The **court finds**:

    A.  [ ] Petitioner did not appear.    [ ] Respondent did not appear.

    B.  [ ] that [ ] petitioner [ ] respondent supports their account of events with the following evidence (*specify*):_____

_____

_____
_____

C. [ ] Petitioner requested dismissal of petition.

D. [ ] This order materially changes an existing order. A hearing after notice is necessary.

E. [X] No notice of this request has been made or attempted on the opposing party.

F. [ ] The Petitioner has failed to demonstrate that there is sufficient basis to enter a temporary order without notice to the [ ] opposing party [ ] vulnerable adult.

G. [ ] The Petition for Protection Order does not list a specific incident and approximate date of [ ] domestic violence [ ] nonconsensual sexual conduct or nonconsensual sexual penetration [ ] stalking [ ] unlawful harassment [ ] abandonment, abuse, financial exploitation, neglect or the threat of abandonment, abuse, financial exploitation, or neglect of a vulnerable adult.

H. [X] A preponderance of the evidence has not established that there is [ ] domestic violence [ ] nonconsensual sexual conduct or nonconsensual sexual penetration [ ] stalking [X] unlawful harassment [ ] abandonment, abuse, financial exploitation, or neglect of a vulnerable adult.

I. [ ] Clear cogent, and convincing evidence has not established that there is abandonment, abuse, financial exploitation, or neglect of a vulnerable adult. (*When a vulnerable adult protection order is contested by the vulnerable adult.*)

J. [X] Other: The requested order constitutes a prior restraint on free speech which the Court lacks authority to enter.

_____
_____

**Renewal:**

K. [ ] The respondent proved by a preponderance of the evidence that there has been a substantial change in circumstances and the respondent will not:

[ ] resume acts of domestic violence against the petitioner or the petitioner's children or household members who are minors or vulnerable adults when the protection order expires.

[ ] engage in, or attempt to engage in, physical or nonphysical contact with the petitioner when the order expires.

[ ] resume acts of stalking against the petitioner or the petitioner's family or household members when the order expires.

[ ] resume harassment of the petitioner when the order expires.

[ ] resume acts of abandonment, abuse, financial exploitation, or neglect against the vulnerable adult when the order expires.

L.  [ ] Other:_____

_____

_____

**Modify or Terminate**:

M.  [ ] Petitioner's motion to modify or terminate a [ ] domestic violence protection order  [ ] sexual assault protection order [ ] stalking protection order  [ ] anti-harassment protection order  [ ] vulnerable adult protection order is denied because:

_____

_____

_____

_____

_____

_____

_____

_____

_____

N.  [ ] Respondent's motion to modify or terminate a [ ] domestic violence protection order  [ ] sexual assault protection order  [ ] stalking protection order  [ ] anti-harassment protection order is denied because:

[ ] The court finds that the respondent has previously filed a motion to modify or terminate during the current 12 month period following entry of the order, and is not eligible for the relief requested.

[ ] A preponderance of the evidence **failed** to establish that there has been a substantial change in circumstances such that the respondent:

[ ] will not resume, engage in or attempt to engage in acts of domestic violence against the petitioner or those persons protected by the protection order if the order is terminated or modified.

[ ] will not resume, engage in or attempt to engage in, physical or nonphysical contact, in cases involving sexual assault protection orders.

[ ] will not resume, engage in, or attempt to engage in acts of stalking.

[ ] will not resume, engage in, or attempt to engage in acts of unlawful harassment.

[ ] Since the protection order was entered, there has not been a substantial change in circumstances (*check all that apply*):

[ ] the respondent has committed or threatened domestic violence, sexual assault, stalking, or other harmful acts against petitioner;

[ ] the respondent has violated the terms of the protection order;

[ ] the respondent has exhibited suicidal ideation or attempts;

[ ] the respondent has been convicted of criminal activity;

[ ] the respondent neither acknowledged responsibility for the acts of sexual assault, domestic violence, stalking, or behavior that resulted in entry of the protection order nor successfully completed perpetrator treatment or counseling;

[ ] the respondent has continued to abuse drugs or alcohol, if such was a factor in the protection order;

[ ] the petitioner has not voluntarily and knowingly consented to terminating the protection order.

[ ] Other_____

_____

[ ] The respondent proved that there has been a substantial change of circumstances; however, the court declines to terminate the Order for Protection because the acts of domestic violence, sexual assault, stalking, unlawful harassment, and other harmful acts that resulted in the issuance of the Protection Order were of such severity that the order should not be terminated.

O.  [ ] Other:_____

_____

_____

4.    **The court orders that:**

[ ] The temporary order is dismissed because the petitioning party did not appear or withdrew their petition.

[✗] The request for a **temporary order** is denied and the case is dismissed.

   **Petitioner:** You have 14 days to file an amended petition.

[ ] The request for **a temporary order is denied and**

   [ ] **the clerk is directed to set a hearing** on the petition; or

   [ ] the parties **are directed to appear** for a hearing as shown on page **1**.

   ***Failure to Appear at the Hearing May Result in the Court Granting All of the Relief Requested in the Petition or Motion.*** See **How to Attend** at the end of this order.

[ ] The request for a **full order** is denied, and the petition is dismissed. Any previously entered temporary order expires at _____ [ ] a.m. [ ] p.m. today.

[ ] The designation of the parties in this case be realigned so that:

   The protected person is:_____

The restrained person is:_____
(*for domestic violence and harassment cases only*)

[ ] The request before the court is denied, provided that **it may be renewed after notice** has been provided to the [ ] vulnerable adult [ ] opposing party according to the Civil Rules.

[ ] The request to **modify, terminate, or renew** the order dated _____ is denied.

[ ] The request for a temporary/final **Order to Surrender and Prohibit Weapons** is denied.

[ ] If any **firearms or dangerous weapons have been surrendered** under this cause number, they shall be released to the respondent, absent some other legal reason that may exist prohibiting the respondent from possessing them.

[ ] Other:_____

_____

_____

5.     **Service on the Restrained Person**

[ ] **Required.** The restrained person must be served with a copy of this order.

    [ ] The **law enforcement agency** where the restrained person lives or can be served shall serve the restrained person with a copy of this order and shall promptly complete and return proof of service to this court.

      Law enforcement agency: (*county or city*) _____
      (*check only one*): [ ] Sheriff's Office or [ ] Police Department

    [ ] The **protected person** (or person filing on their behalf) shall make private arrangements for service and have proof of service returned to this court. (*This is not an option if this order requires: weapon surrender, vacating a shared residence, transfer of child custody, or if the restrained person is incarcerated. In these circumstances, law enforcement must serve, unless the court allows alternative service.*)

**Clerk's Action.** The court clerk shall forward a copy of this order on or before the next judicial day to the agency and/or party checked above. The court clerk shall also provide a copy of the service packet to the protected person.

    [ ] **Alternative Service Allowed.** The court authorizes alternative service by separate order (*specify*):_____

[X] **Not required.** See section 2 above for appearances.

    [X] The temporary order was denied and service is not required.

    [ ] The restrained person appeared at the hearing where this order was issued and received a copy.

    [ ] The restrained person appeared at the hearing where this order was issued but refused to accept a copy of this order. Additional service is not required.

    [ ] The restrained person appeared remotely or left the hearing early but received actual notice of the order. Additional service is not required.

RCW 7.105.225                 Denial Order
Mandatory (*07/2022*)             p. 5 of 7
PO 070

6.   [ ] **Service on Others (Vulnerable Adult or Restrained Person under age 18)**

Service on the [ ] vulnerable adult [ ] adult's guardian/conservator [ ] restrained person's parent/s or legal guardian/s (*name/s*)_____ is:

[ ] **Required**

[ ] The **law enforcement agency** where the person to be served lives or can be served shall serve a copy of this order and shall promptly complete and return proof of service to this court.

Law enforcement agency: (*county or city*)_____(*check only one*): [ ] Sheriff's Office or [ ] Police Department

[ ] The **protected person** or person filing on their behalf shall make private arrangements for service and have proof of service returned to this court.

**Clerk's Action.** The court clerk shall forward a copy of this order on or before the next judicial day to the agency and/or party checked above.

[ ] **Not required.** They appeared at the hearing where this order was issued and received a copy.

7.   **Next Court Hearing**

[X] No further court hearings are scheduled in this case.

[ ] The next court hearing is scheduled for the date and time listed on page **1.**

| **How to attend the next court hearing** |
| --- |

The hearing scheduled on page 1 will be held:

| | |
| --- | --- |
| 🏛 | **In person**<br>Judge/Commissioner:_____  Courtroom:_____<br>Address:_____ |
| 🖥 | **Online** (*audio and video*)       App:_____<br>[ ] Log-in:_____<br>[ ] You must get permission from the court at least 3 court days before your hearing to participate online (audio and video). To make this request, contact:<br>_____ |
| 📞 | **By Phone** (*audio only*)      [ ] Call-in number_____<br>[ ] You must get permission from the court at least 3 court days before your hearing to participate by phone only (without video). To make this request, contact:<br>_____ |
| ⚠ | **If you have trouble connecting online or by phone** (instructions, who to contact)<br>_____<br>_____ |



| Ask for an interpreter, if needed. Contact:_____ | | Ask for disability accommodation, if needed. Contact:_____ |

Ask for an interpreter or accommodation as soon as you can. Do not wait until the hearing!

**Ordered.**

Date NOV 0 9 2022 /Time 11:10 am  _Tina L. Kernan_
**Judge/Commissioner**

_Tina L. Kernan_
Print Judge/Commissioner Name

I acknowledge receipt of a copy of this order:

_____    _____
Signature of Respondent/Lawyer  WSBA No.    Print Name        Date

_____    _____
Signature of Petitioner/Lawyer  WSBA No.    Print Name        Date